Hon. ANDREW ADAMS, Esq.,      Hon. CHARLES CHAUNCY, Esq.,
Hon. JESSE ROOT, Esq.,             Hon. ERASTUS WOLCOTT, Esq.

DENNIE v. COUNTY OF MIDDLESEX.

Special damages only given for the escape of a prisoner through the insufficiency of the gaol.

THIS application was made to the County Court agreeable to the statute, and by appeal comes into this court; representing, that on the 23d of April, A. D. 1789, Dennie recovered judgment before the City Court against Isaac Atkins, for the sum of £25 18s. lawful money damages, and £1 5s. 6d. like money cost; for which sums execution was levied on Atkins's body, and he committed to gaol in said Middlesex county; and that he made his escape through the insufficiency of said gaol; and demanding his said debt of said county.

Plea in bar — That the plaintiff has a mortgage of said debtor's land in value to the amount of said debt; and that said Atkins escaped by the negligence of the sheriff, and not through the insufficiency of the gaol.

The plaintiff replied — That said escape was through the insufficiency of said gaol, without that that it was by the negligence of the sheriff. Issue to the court.

Judgment — That the escape was through the insufficiency of the gaol; and that the plaintiff recover £5 lawful money damages, and his cost.

The rule for giving special damages and not the debt, for which the person is imprisoned, was settled in the case of Staphorse v. County of New Haven, August Term, A. D. 1789.